UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| LAWRENCE FULTZ | ) Case No. 2:16-cv-01132-JTM-JCW |
| v. | ) JUDGE JANE TRICHE MILAZZO |
| CHATEAU ORLEANS POBOYS, LLC | ) MAGISTRATE JOSEPH C. WILKINSON |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Lawrence Fultz, and Defendant, Chateau Orleans Poboys, LLC, jointly stipulate to the dismissal of this action.

Respectfully submitted on this the 11th day of January, 2017.

| | |
|---|---|
| */s/* Andrew D. Bizer_____ | */s/* Joseph J. Bailey_____ |
| ANDREW D. BIZER (#30396) | JOSEPH J. BAILEY, #19470 |
| GARRET S. DeREUS (#35105) | Capital One Bank Building |
| 3319 St. Claude Avenue | 934 Third Street, Suite 801 |
| New Orleans, Louisiana 70117 | Post Office Drawer 1791 |
| Telephone: (504) 619-9999 | Alexandria, LA 71309 |
| Facsimile: (504) 948-9996 | p. (318) 445-3631 |
| E-mail: gdereus@bizerlaw.com | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
| | Chateau Orleans Poboys, LLC. |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of January, 2017, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and served upon all counsel of record.

                */s/ Andrew D. Bizer*
                ANDREW D. BIZER